**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION**

---

**UNITED STATES OF AMERICA**

**Plaintiff,**

**vs.** **No: 2:26-cr-20171-BCL**

**ANTWON BROWN**

**Defendant.**

---

**MOTION TO SET HEARING FOR CHANGE OF PLEA**

---

COMES NOW counsel for the Defendant, Taurus M. Bailey, and moves this Honorable Court to permit the Defendant, ANTWON BROWN to set a date for his change of plea. As for grounds for said motion, counsel would respectfully show this Honorable Court the following:

1. That the Defendant has expressly stated to counsel that he wishes to enter a plea with this Court.

2. That counsel respectfully requests that this court schedule the change of plea hearing at its earliest convenience.

WHEREFORE, Defendant prays that this Honorable Court grant this request for change of plea and for such further relief as the Court deems necessary.

Respectfully submitted:

s/ Taurus M. Bailey

TAURUS M. BAILEY (24303)
Attorney for Defendant
44 N. Second Street, Suite 502
Memphis, Tennessee 38103
(901) 575-8702

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that a true and exact copy of the foregoing MOTION TO SET HEARING FOR CHANGE OF PLEA has been served upon Assistant United States Attorney, Lisa Thelwell at 167 North Main #800, Memphis, TN 38103, via electronic delivery, on this the 8th day of June, 2026.

**s/ Taurus M. Bailey**
**TAURUS M. BAILEY**